JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HORNICK,, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, Inclusive,, <br><br> Defendants. | Case No. 8:16-cv-01327-DOC-KES <br><br> (Honorable David O. Carter) <br> **ORDER DISMISSING CASE WITH PREJUDICE [24]** <br><br> Complaint Filed: July 28, 2016 |

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 28, 2017

*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE